

**G. Lydia HENRIKSEN, Petitioner,**

v.

**DEPARTMENT OF ENERGY,**
Respondent.

No. 00–3096.

United States Court of Appeals,
Federal Circuit.

Feb. 8, 2001.

Before MAYER, Chief Judge,
CLEVENGER and RADER, Circuit
Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and
considered, it is ORDER and AD-
JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**Melinda A. TATE, Petitioner,**

v.

**OFFICE OF PERSONNEL
MANAGEMENT,**
Respondent.

No. 99–3396.

United States Court of Appeals,
Federal Circuit.

Feb. 8, 2001.

Before MAYER, Chief Judge,
CLEVENGER and RADER, Circuit
Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and
considered, it is ORDER and AD-
JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**John NEDELK**

v.

**Ian L. STIMSON, Richard J. Miller,
and Graham Carrier, Appellees.**

No. 00–1332.

United States Court of Appeals,
Federal Circuit.

Feb. 8, 2001.

Before GAJARSA and LINN, Circuit
Judges, FRIEDMAN, Senior Circuit
Judge.

*Judgment*

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:*

AFFIRMED. *See* Fed. Cir. R.36.

Arnold A. BECK, Edgar J. Ruof, John Nedelk, Ralph J. Hurley, and Steven R. Smithberger, Appellants,

v.

Ian L. STIMSON, Richard J. Miller, and Graham Carrier, Appellees.

No. 00–1333.

United States Court of Appeals, Federal Circuit.

Feb. 8, 2001.

Before GAJARSA and LINN, Circuit Judges, FRIEDMAN, Senior Circuit Judge.

*Judgment*

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:*

AFFIRMED. *See* Fed. Cir. R.36.

JURASSIC STONE COMPANY, Appellant,

v.

SOLNHOFEN NATURAL STONE, INC., Appellee.

No. 00–1329.

United States Court of Appeals, Federal Circuit.

Feb. 8, 2001.

Before MICHEL and LINN, Circuit Judges, PLAGER, Senior Circuit Judge.

Order Recalled, See 4 Fed.Appx. 904.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.